[No. 61969-1-I.   Division One.   August 17, 2009.]

JEFFERY BRIAN MCDONOUGH, *Appellant*, v. OFFICE OF THE ATTORNEY GENERAL ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-2-04589-7, Kenneth L. Cowsert, J., entered June 23, 2008. *Affirmed* by unpublished opinion per Agid, J., concurred in by Grosse and Appelwick, JJ.

[No. 62019-3-I.   Division One.   August 17, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY LEE SCHOOLCRAFT, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 08-1-00244-1, George N. Bowden, J., entered July 9, 2008. *Affirmed* by unpublished opinion per Schindler, C.J., concurred in by Becker and Appelwick, JJ.

[No. 37375-1-II.   Division Two.   August 18, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. BERT LEE WIDMER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 06-1-01670-0, John F. Nichols, J., entered January 17, 2008. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, C.J., and Penoyar, J.

[No. 37715-2-II.   Division Two.   August 18, 2009.]

CHARITY L. MEADE, *Appellant*, v. MICHAEL A. THOMAS, *Respondent*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 07-2-00435-2, James E. Warme, J., entered April 7, 2008. *Affirmed* by unpublished opinion per Van Deren, C.J., concurred in by Houghton and Penoyar, JJ. Now published at 152 Wn. App. 490.